UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **MICHAEL GARRISON JR.,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | **CIVIL ACTION NO. 4:25-CV-4055** |
| vs. | § | |
| | § | **(JURY TRIAL)** |
| **U-HAUL HOLDING COMPANY,** | § | |
| **U-HAUL INTERNATIONAL, INC.,** | § | |
| **U-HAUL CO. OF ARIZONA, AND** | § | |
| **FORD MOTOR COMPANY,** | § | |
| | § | |
| Defendants. | § | |

# NOTICE OF REMOVAL

TO THE HONORABLE UNITED STATES DISTRICT COURT:

Pursuant to Title 28 U.S.C § 1441(a), (e), and 28 U.S.C. § 1332, Defendant Ford Motor Company ("Ford") hereby gives notice of removal of an action filed against it in the 334th Judicial District Court of Harris County, Texas, to the United States District Court for the Southern District of Texas, Houston Division. In support of this removal, Ford would show the Court as follows:

## Preliminary Matters

1. On August 4, 2025, an action was commenced by Plaintiff Michael Garrison against Defendants Ford, U-Haul Holding Company, U-Haul International, Inc., and U-Haul Co. of Arizona in the 334th Judicial District Court of Harris County, Texas, styled *Michael Garrison, Plaintiff v. U-Haul Holding Company, U-Haul International, Inc., U-Haul Co. of Arizona and Ford Motor Company, Defendants*, Cause No. 202555102. (Plaintiff's Original Petition, attached as Exhibit D).

1 | P a g e

2. On August 8, 2025, a copy of Plaintiff's Original Petition was served on Ford's registered agent for service of process. Ford filed its answer on August 19, 2025. (Ford's Special Exceptions, Original Answer to Plaintiff's Original Petition, and Reliance on Jury Demand, attached as Exhibit E).

3. Defendants U-Haul Holding Company ("UHC"), U-Haul International, Inc. ("UHI"), and U-Haul Co. of Arizona ("UHAZ") have been served with process, but have not yet filed an answer, and have not otherwise entered an appearance in the state court suit. Counsel for Ford has confirmed via telephone conversations with counsel for UHC, UHI, and UHAZ that all defendants consent to Ford's removal of the case to federal court. 28 U.S.C. §1446(b)(2)(A).

## Nature of the Case

4. This is a products liability and negligence case arising from a single-vehicle accident that occurred on August 5, 2023. (Pl.'s Pet. ¶ 8.1). Plaintiff alleges that he rented a 26-foot moving truck from U-Haul Co. of Arizona in Harris County Texas, and that the truck was a 2022 Ford F-650. (*Id.*). Plaintiff claims that as he was driving the truck, it caught fire due to a defective secondary fuel filter cap, causing him to lose control, crash the vehicle and suffer personal injuries. (*Id.* ¶¶ 8.2-8.13).

5. Plaintiff alleges that Ford designed, manufactured, and marketed the 2022 Ford F-650 truck, and is liable to him under theories of strict products liability, failure to warn, and breach of implied warranties. (Pl.'s Pet. ¶¶ 9.7-9.11).

7. Plaintiff's allegations against UHC, UHI, and UHAZ relate to alleged negligent and grossly negligent failure to provide a vehicle that was in a safe operating condition, and failure to discover and repair the defective nature of the truck rented to the Plaintiff. (Pl.'s Pet. ¶¶ 9.1-9.6).

**Grounds for Removal -- Diversity**

8. This Court has original jurisdiction over this action under the provisions of Title 28, U.S.C. §§ 1332 and 1441(a), in that it is a civil action between completely diverse parties and the amount in controversy exceeds the sum or value of $75,000, exclusive of interest and costs.

9. Plaintiff is an individual residing in Harris County, Texas. (Pl.'s Pet. ¶ 4.1). At all times relevant to this action, he was a citizen of the state of Texas.

10. Currently and at all times relevant to this action, Ford is a Delaware corporation with its principal place of business in Dearborn, Michigan. Ford is thus a citizen of both Delaware and Michigan.

11. Currently and at all times relevant to this action, U-Haul Co. of Arizona, Inc. is an Arizona corporation with its principal place of business in Phoenix, Arizona. U-Haul Co. of Arizona, Inc. is thus a citizen of Arizona.

12. Currently and at all times relevant to this action, U-Haul Holding Company is a Nevada corporation with its principal place of business in Reno, Nevada. U-Haul Holding Company is thus a citizen of Nevada.

13. Currently and at all times relevant to this action, U-Haul International, Inc. is a Nevada corporation with its principal place of business in Phoenix, Arizona. U-Haul International, Inc. is thus a citizen of both Nevada and Arizona.

14. Accordingly, there is complete diversity in this case under 28 U.S.C. § 1332(a).

**Amount in Controversy**

15. Plaintiff's damage claims meet the amount in controversy requirement for diversity jurisdiction under 28 U.S.C. §1332(b). Plaintiff claims that he suffered personal injuries, including past and future medical expenses, pain and suffering, mental anguish, loss of earning capacity,

physical impairment, and disfigurement. (Pl.'s Pet. ¶ 13.1). Plaintiff explicitly seeks "aggregate monetary relief over $1,000,000.00." (*Id.* ¶ 6.1). The amount in controversy thus exceeds the sum or value of $75,000.00, exclusive of interest and costs, as required by 28 U.S.C. § 1332(a).

### Removal is Timely

14. As a general rule, a notice of removal must be filed within 30 days of receipt of an initial pleading or service of summons. 28 U.S.C. § 1446(b). Ford is filing this notice of removal within 30 days of August 8, 2025, the date on which it was served with summons and received Plaintiff's Original Petition.

### Other Requirements

15. On filing of this notice of removal, Ford will provide written notice to Plaintiff, and will file a copy of the notice of removal with the clerk for the 334th Judicial District Court, Harris County, Texas.

16. The 334th Judicial District Court of Harris County, Texas is located in the Southern District of Texas, Houston Division. The attachments accompanying this Notice of Removal, as specified in LR 81, include an index of all matters being filed, a list of all counsel of record (including addresses, telephone numbers, and parties represented), all executed process in the case, pleadings asserting causes of action (e.g., petitions, counterclaims, cross-actions, third-party actions, interventions) and all answers to such pleadings, all orders signed by the state court judge, and the docket sheet.

17. Ford has filed its answer in state court and has relied on Plaintiff's Jury Demand.

WHEREFORE, Defendant Ford Motor Company requests that this action be removed from the 334th Judicial District Court of Harris County, Texas to the United States District Court for the Southern District of Texas, Houston Division.  Ford requests all other and further relief to which it is justly entitled.

    Respectfully submitted,

    THOMPSON, COE, COUSINS & IRONS L.L.P.
    2801 Via Fortuna, Suite 300
    Austin, Texas 78746
    (512) 708-8200 (Telephone)
    (512) 708-8777 (Facsimile)

By:   */s/ William L. Mennucci*
    William L. Mennucci (Attorney-in-Charge)
    State Bar No. 00788042
    E-Mail: bmennucci@thompsoncoe.com
    Ronald D. Wamsted
    State Bar No. 20832000
    E-Mail: rwamsted@thompsoncoe.com

**ATTORNEYS FOR DEFENDANT**
**FORD MOTOR COMPANY**

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing instrument has been forwarded to all known counsel of record as set forth below by certified mail, return receipt requested, in compliance with the Federal Rules of Civil Procedure on this 27th day of August, 2025.

Bryan Holman
State Bar No. 24137329
E-Mail: bryan@woodlands.law
State Bar No. 24137329
The Woodlands Law Firm
2219 Sawdust Rd., Suite 803
The Woodlands, TX 77380
Telephone: (832) 626-0116

Raul Martinez
State Bar No. 24140128
E-Mail: raul@rmslawfirm.corn

RMS Law Firm
9111 Katy Fwy STE 300
Houston, Texas 77024
Telephone: (713) 979-0011

**ATTORNEYS FOR PLAINTIFF
MICHAEL GARRISON JR.**

                                                  */s/ William L. Mennucci*
                                                  William L. Mennucci

7 | P a g e

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| **MICHAEL GARRISON JR.,** § | |
| § | |
| Plaintiff, § | |
| § | **CIVIL ACTION NO. 4:25-CV-4055** |
| vs. § | |
| § | **(JURY TRIAL)** |
| **U-HAUL HOLDING COMPANY,** § | |
| **U-HAUL INTERNATIONAL, INC.,** § | |
| **U-HAUL CO. OF ARIZONA, AND** § | |
| **FORD MOTOR COMPANY,** § | |
| § | |
| Defendants. § | |

## NOTICE OF REMOVAL
## INDEX OF ALL MATTERS BEING FILED

TO THE HONORABLE UNITED STATES DISTRICT COURT:

Pursuant to LR 81, Defendant Ford Motor Company files this Index of All Matters Being Filed with the Notice of Removal:

1. Civil Court Sheet JS-44 (filed under separate cover)

2. Certificate of Notice of Removal (filed under separate cover)

3. List of All Counsel of Record (Exhibit B)

4. The following documents from the State Court file:

    a. Docket Sheet (Exhibit C)
    b. Plaintiff's Original Petition (Exhibit D)
    c. Ford's Special Exceptions, Original Answer to Plaintiff's Original Petition, and Reliance on Jury Demand (Exhibit E)
    d. Ford's Objection to Plaintiff's Rule 193.7 Notice (Exhibit F)

Respectfully submitted,

THOMPSON, COE, COUSINS & IRONS L.L.P.
2801 Via Fortuna, Suite 300
Austin, Texas 78746
(512) 708-8200 (Telephone)
(512) 708-8777 (Facsimile)

By:   */s/ William L. Mennucci*
William L. Mennucci (Attorney-in-Charge)
State Bar No. 00788042
E-Mail: bmennucci@thompsoncoe.com
Ronald D. Wamsted
State Bar No. 20832000
E-Mail: rwamsted@thompsoncoe.com

**ATTORNEYS FOR DEFENDANT
FORD MOTOR COMPANY**