**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **MICHAEL GARRISON JR.,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | **CIVIL ACTION NO. 4:25-CV-04055** |
| **vs.** | § | |
| | § | **(JURY TRIAL)** |
| **U-HAUL HOLDING COMPANY,** | § | |
| **U-HAUL INTERNATIONAL, INC.,** | § | |
| **U-HAUL CO. OF ARIZONA, AND** | § | |
| **FORD MOTOR COMPANY,** | § | |
| | § | |
| **Defendants.** | § | |

**CERTIFICATE OF NOTICE OF REMOVAL**

TO THE HONORABLE UNITED STATES DISTRICT COURT:

The undersigned, being an attorney of record of Defendant Ford Motor Company, hereby certifies that on this 27th day of August, 2025, he has filed a Notice of Filing of Notice of Removal with the Clerk of the 334th Judicial District Court of Harris County, Texas, and also served a copy of the Notice of Filing of Notice of Removal to all counsel of record via the state court's e-filing system. A copy of the Notice of Removal filed in the above-styled cause was attached to the Notice of Filing of Notice of Removal.

Respectfully submitted,

THOMPSON, COE, COUSINS & IRONS L.L.P.
2801 Via Fortuna, Suite 300
Austin, Texas 78746
(512) 708-8200 (Telephone)
(512) 708-8777 (Facsimile)

By:   */s/ William L. Mennucci*
        William L. Mennucci (Attorney-in-Charge)
        State Bar No. 00788042
        E-Mail: bmennucci@thompsoncoe.com

Ronald D. Wamsted
State Bar No. 20832000
E-Mail: rwamsted@thompsoncoe.com

**ATTORNEYS FOR DEFENDANT**
**FORD MOTOR COMPANY**

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that a true and correct copy of the foregoing instrument has been forwarded to all known counsel of record as set forth below by certified mail, return receipt requested, in compliance with the Federal Rules of Civil Procedure on this 27th day of August, 2025.

Bryan Holman
State Bar No. 24137329
E-Mail: bryan@woodlands.law
State Bar No. 24137329
The Woodlands Law Firm
2219 Sawdust Rd., Suite 803
The Woodlands, TX 77380
Telephone: (832) 626-0116

Raul Martinez
State Bar No. 24140128
E-Mail: raul@rmslawfirm.corn
RMS Law Firm
9111 Katy Fwy STE 300
Houston, Texas 77024
Telephone: (713) 979-0011

**ATTORNEYS FOR PLAINTIFF**
**MICHAEL GARRISON JR.**

*/s/ William L. Mennucci*
William L. Mennucci